**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EMILY C.D.,

                Plaintiff,                      24 **CIVIL** 1292 (GRJ)

       -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 3, 2024, Plaintiff's request for Judgment on the Pleadings is GRANTED; the Commissioner's request for Judgment on the Pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York
          October 3, 2024

                                                                    **DANIEL ORTIZ**
                                                                **Acting Clerk of Court**

                              **BY:**      *K. Mango*
                                                                        **Deputy Clerk**